IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ASA ODINSSON, et al., | Case No. 2:25-cv-01195-AR |
| Plaintiffs, | **ORDER TO DISMISS** |
| v. | |
| JAMIE MILLER, et al., | |
| Defendants. | |

**BAGGIO, District Judge:**

     Plaintiff Asa Odinsson, an adult in custody at the Snake River Correctional Institution, brings this 42 U.S.C. § 1983 civil rights case alleging a claim of denial of medical care on his behalf and on behalf of three other identified Adults in Custody (AICs), as well as unidentified John Doe AICs; Odinsson also seeks to obtain class status. On December 17, 2025, United States Magistrate Judge Jeff Armistead issued an Order to Amend (ECF No. 11) finding that Odinsson cannot bring claims of behalf of other AICs and cannot act in a representative capacity for a class action, and further finding that Odinsson's Complaint failed to state a claim upon which relief may be granted as to his individual claim of denial of medical care. Judge Armistead advised Odinsson of the deficiencies of his Complaint and ordered him to file an Amended Complaint curing those deficiencies or face dismissal of this action under 28 U.S.C. §§ 1915(e)(2) and

1 – ORDER TO DISMISS

1915A(b). Judge Armistead also advised Odinsson that if he failed to file an Amended Complaint within the time provided, this action would be dismissed.

Odinsson did not file an Amended Complaint. Accordingly, IT IS ORDERED that this action is DISMISSED for failure to state a claim upon which relief may be granted as required under 28 U.S.C. §§ 1915(e)(2) and 1915A(b).

DATED:    01/20/2026

*Amy M. Baggio*
Amy M. Baggio
United States District Judge

2 – ORDER TO DISMISS